UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22135-CIV-JEM

ORLANDO BALUJA and all others similarly )
situated under 29 U.S.C. 216(b), )
               )
    Plaintiff, )
 vs. )
               )
EL GALLEGO SPANISH TAVERN )
RESTAURANT, INC., )
EL GALLEGO SPANISH RESTAURANT )
INC, )
ENRIQUE BLANCO, )
JORGE BLANCO, )
               )
    Defendants. )
_____)

## PLAINTIFF'S STATEMENT OF CLAIM

  Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Federal Minimum Wage Claim (6/7/14-5/26/17):**
Amount of minimum wage per hour not compensated: $5.75 (based on Fed. MW)
Weeks: 155 (rounded up)
Hours per week: 40
Total wages unpaid and liquidated damages: $35,650 X 2 = $71,300.00, *exclusive of* **attorneys' fees and costs**


*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek *additional* time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.
**** Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution. Plaintiff reserves his right to the extent Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments to seek the higher of the two applicable rates.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 6/8/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
        RIVKAH F. JAFF, ESQ.**