# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO: 17-cv-22135-MARTINEZ/Otazo-Reyes

ORLANDO BALUJA and all others similarly )
situated under 29 U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
EL GALLEGO SPANISH TAVERN )
RESTAURANT, INC., )
EL GALLEGO SPANISH RESTAURANT INC, )
ENRIQUE BLANCO, )
JORGE BLANCO, )
)
        Defendants. )
_____ )

## SUMMONS IN A CIVIL ACTION

To:
EL GALLEGO SPANISH TAVERN RESTAURANT, INC.,
Registered Agent: Jorge I. Blanco
7173 SW 8 St      or      4011 SW 128 Ave.
Miami, FL 33144                Miami, FL 33175

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jun 7, 2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-22135

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) EL GALLEGO Spanish Tavern Restaurant, Inc

was received by me on (date) 6/2/17

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) a Juan Peton T. Agt Smn, who is designated by law to accept service of process on behalf of (name of organization) EL Gallego Spanish Tavern Restaurant Inc on (date) 6/14/17 ; or

☐ I returned the summons unexecuted because _____

☐ Other (specify): _____

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 6/14/17

_____
Server's signature

FRANK AYLLON
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO: 17-cv-22135-MARTINEZ/Otazo-Reyes

ORLANDO BALUJA and all others )
similarly situated under 29 U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
EL GALLEGO SPANISH TAVERN )
RESTAURANT, INC., )
EL GALLEGO SPANISH RESTAURANT )
INC, )
ENRIQUE BLANCO, )
JORGE BLANCO, )
)
        Defendants. )

SERVED
DATE: 6/14/17
TIME: 11:15 PM
BY: 742

Alberto Perez

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
ENRIQUE BLANCO
7173 SW 8 Street      or      4011 SW 128 Ave.
Miami, FL 33144                 Miami, FL 33175

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 7, 2017

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-22135

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Enrique Blanco

was received by me on *(date)* 6/7/17

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* A. Cruz Autori To Accept Serv, a person of suitable age and discretion who resides there, on *(date)* 6/9/17, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 6/14/17

_____
Server's signature

FRANK AYLLON
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO: 17-cv-22135-MARTINEZ/Otazo-Reyes

ORLANDO BALUJA and all others similarly )
situated under 29 U.S.C. 216(b). )
 )
      Plaintiff, )
vs. )
 )
EL GALLEGO SPANISH TAVERN )
RESTAURANT, INC., )
EL GALLEGO SPANISH RESTAURANT INC, )
ENRIQUE BLANCO, )
JORGE BLANCO. )
 )
      Defendants. )
_____ )

## SUMMONS IN A CIVIL ACTION

To:
JORGE BLANCO
7173 SW 8 St    or    4011 SW 128 Ave.
Miami, FL 33144          Miami, FL 33175

SERVED 6/14/17 11:15 AM
Alberto Pérez

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jun 7, 2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-22135

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jorge Blanco__
was received by me on *(date)* __6/7/17__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __A. Lewis__
__Autme to acpt Sums__, a person of suitable age and discretion who resides there,
on *(date)* __6/14/17__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __20.00__ for travel and $ __20.00__ for services, for a total of $ __40.00__

I declare under penalty of perjury that this information is true.

Date: __6/14/17__

_____
*Server's signature*

FRANK AYLLON
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: