Baluja v. El Gallego. et al.
CASE NO.   17-cv-22135-JEM

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Miami Division

CASE NO: 17-cv-22135-JEM

**ORLANDO BALUJA, on her own
behalf and on behalf of those
similarly situated,**

    Plaintiff(s),

v.

**El Gallego Spanish Tavern
Restaurant, Inc., a Florida Corporation,
El Gallego Spanish Restaurant Inc., a Florida Corporation
Enrique Blanco, individually,
Jorge Blanco, individually, et al.,**

    Defendant(s)
_____/

### NOTICE OF APPEARANCE AS COUNSEL

COMES NOW, the Defendant(s), El Gallego Spanish Tavern Restaurant, Inc., a Florida Corporation, Enrique Blanco, individually, and Jorge Blanco, individually, by and through their undersigned attorney, who enters his appearance as counsel in the above styled cause. Please forward all future correspondence, pleadings, orders and notices to undersigned counsel's address.

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        /s/ Javier Banos Machado
                        JAVIER BANOS MACHADO, ESQ.

### SERVICE LIST

        Neil Tobak
        J.H. Zidell P.A.
        300 71st Suite 605
        Miami Beach, FL 33141
        305-773-3269

Case 1:17-cv-22135-AOR   Document 15   Entered on FLSD Docket 06/30/2017   Page 2 of 2

Baluja v. El Gallego. et al.
CASE NO.   17-cv-22135-JEM

Email: ntobak.zidellpa@gmail.com
ATTORNEY TO BE NOTICED

Rivkah Fay Jaff
J.H. Zidell, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
(305) 865-6766
Email: Rivkah.Jaff@gmail.com
ATTORNEY TO BE NOTICED

Jamie H. Zidell
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 865-7167
Email: ZABOGADO@AOL.COM
ATTORNEY TO BE NOTICED