UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22135-CIV-OTAZO-REYES

**CONSENT CASE**

ORLANDO BALUJA and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

v.

EL GALLEGO SPANISH TAVERN
RESTAURANT, INC., EL GALLEGO
SPANISH RESTAURANT INC,
ENRIQUE BLANCO, JORGE BLANCO,

    Defendants.
_____/

**ORDER RE SCHEDULING CONFERENCE**

THIS CAUSE came before the Court for Scheduling Conference on July 27, 2017. In accordance with the undersigned's rulings at the Scheduling Conference, it is

ORDERED AND ADJUDGED that by **Friday, August 4, 2017**, the parties shall file a Joint Proposed Scheduling Order incorporating the following dates:

- ➢ Pretrial Conference on Tuesday, October 16, 2018, at 2:00 P.M.
- ➢ Jury Trial specially set to commence on Monday, October 22, 2018, at 9:00 A.M.

Five days reserved for the trial.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of July, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record