UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22135-CIV-OTAZO-REYES

**CONSENT CASE**

ORLANDO BALUJA and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

v.

EL GALLEGO SPANISH TAVERN
RESTAURANT, INC., EL GALLEGO
SPANISH RESTAURANT INC,
ENRIQUE BLANCO, JORGE BLANCO,

    Defendants.
_____/

**SCHEDULING ORDER**

THIS CAUSE came before the Court for Scheduling Conference on July 27, 2017. At the Scheduling Conference, the undersigned directed the parties to file a Joint Proposed Scheduling Order, which was filed on the same day [D.E. 27 & 28]. Upon due consideration, it is

ORDERED AND ADJUDGED that the parties shall adhere to the following schedule:

| Item | Deadline |
|---|---|
| A mediator must be selected | October 20, 2017 |
| Joinder of additional parties and motions for class certification | November 30, 2017 |
| Parties shall exchange expert witness summaries and reports | January 5, 2018 |
| Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify | January 16, 2018 |

2

| | |
|---|---|
| Parties exchange rebuttal expert witness summaries and reports[1] | January 30, 2018 |
| All discovery, including expert discovery, shall be completed | April 30, 2018 |
| All summary judgment, *Daubert*, and other dispositive motions must be filed | May 13, 2018 |
| Mediation shall be completed | June 23, 2018 |
| All pretrial motions and memoranda of law must be filed | July 7, 2018 |
| Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed | August 16, 2018 |
| Deposition designations must be filed | August 20, 2018 |
| Joint Pretrial Stipulation must be filed | August 22, 2018 |

1. The Pretrial Conference is hereby **SET** for **Tuesday, October 16, 2018, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

2. The Jury Trial is specially **SET** to commence on **Monday, October 22, 2018, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Five days have been set aside for trial.

3. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

---

[1] These provisions pertaining to <u>expert</u> witnesses do not apply to treating physicians, psychologists or other health providers.

2

3

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of August, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22135-CIV-OTAZO-REYES

**CONSENT CASE**

ORLANDO BALUJA and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

v.

EL GALLEGO SPANISH TAVERN
RESTAURANT, INC., EL GALLEGO
SPANISH RESTAURANT INC,
ENRIQUE BLANCO, JORGE BLANCO,

    Defendants.
_____/

**ORDER OF REFERRAL TO MEDIATION**

Trial having been set in this matter for October 22, 2018, pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16.2, it is hereby

ORDERED AND ADJUDGED as follows:

1. All parties are required to participate in mediation. The mediation shall be completed by **June 23, 2018**.

2. Plaintiff's counsel, or another attorney agreed upon by all counsel of record and any unrepresented parties, shall be responsible for scheduling the mediation conference. The parties are encouraged to avail themselves of the services of any mediator on the List of Certified Mediators, maintained in the office of the Clerk of the Court, but may select any other mediator. The parties shall agree upon a mediator by **October 20, 2017**. If there is no agreement, lead counsel shall promptly notify the Clerk of the Court in writing and the Clerk of the Court shall

designate a mediator from the List of Certified Mediators, which designation shall be made on a blind rotation basis.

3. A place, date and time for mediation convenient to the mediator, counsel of record, and unrepresented parties shall be established. The lead attorney shall complete the form order attached and submit it to the Court.

4. Pursuant to Local Rule 16.2(e), the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory. If insurance is involved, an adjuster with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

5. All proceedings of the mediation shall be confidential and privileged.

6. At least **fourteen (14) days** prior to the mediation date, each party shall present to the mediator a confidential brief written summary of the case identifying issues to be resolved.

7. The Court may impose sanctions against parties and/or counsel who do not comply with the attendance or settlement authority requirements herein or who otherwise violate the terms of this Order. The mediator shall report non-attendance and may recommend imposition of sanctions by the Court for non-attendance.

8. The mediator shall be compensated in accordance with the standing order of the Court entered pursuant to Local Rule 16.2(b)(7), or on such basis as may be agreed to in writing by the parties and the mediator selected by the parties. The cost of mediation shall be shared equally by the parties unless otherwise ordered by the Court. All payments shall be remitted to the mediator within **forty-five (45) days** of the date of the bill. Notice to the mediator of cancellation or settlement prior to the scheduled mediation conference must be given at least three (3) full business days in advance. Failure to do so will result in imposition of a fee for two (2) hours.

3

9. If a full or partial settlement is reached in this case, counsel shall promptly notify the Court of the settlement in accordance with Local Rule 16.2(f), by the filing of a notice of settlement signed by counsel of record within **fourteen (14) days** of the mediation conference. Thereafter the parties shall forthwith submit an appropriate pleading concluding the case.

10. Within **seven (7) days** following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was adjourned, or whether the case did not settle.

11. If mediation is not conducted, the case may be stricken from the trial calendar, and other sanctions may be imposed.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of August, 2017.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record