AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-22135

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EL GALLEGO Spanish Restort
was received by me on *(date)* 6/3/17

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gleam Roy M4, who is
designated by law to accept service of process on behalf of *(name of organization)* El Gallego
Spanish Restort, Inc on *(date)* 8/31/17 @ 9 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 8/31/17

Server's signature

FRANK AYLLON
Printed name and title

Server's address

Additional information regarding attempted service, etc: