UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22135-CIV-OTAZO-REYES

**CONSENT CASE**

ORLANDO BALUJA and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

v.

EL GALLEGO SPANISH TAVERN
RESTAURANT, INC., EL GALLEGO
SPANISH RESTAURANT INC,
ENRIQUE BLANCO, JORGE BLANCO,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Orlando Baluja's ("Plaintiff") Motion to Compel Better Responses to Plaintiff's Discovery and for Sanctions (hereafter, "Motion to Compel") [D.E. 35]. The undersigned held a hearing on this matter on October 10, 2017. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- ➢ **2 weeks from the date of this Order**, Plaintiff shall file an Amended Complaint that includes the now defunct El Gallego Spanish Tavern Restaurant, Inc. entity as an additional defendant.
- ➢ **4 weeks from the date of this Order**, the parties shall hold a Rule 26 conference.
- ➢ **5 weeks from the date of the Order**, the parties shall submit a Joint Scheduling Report.

> ➢ Plaintiff's Motion to Compel [D.E. 35] is DENIED without prejudice to its renewal if necessary after the parties meet and confer, taking into consideration the inclusion in the action of the now defunct El Gallego Spanish Tavern Restaurant, Inc. entity as an additional defendant.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of October, 2017.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record