UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22135-CIV-OTAZO-REYES

[CONSENT CASE]

ORLANDO BALUJA and all others similarly )
situated under 29 U.S.C. 216(b), )
)
)
        Plaintiff, )
vs. )
)
)
EL GALLEGO SPANISH TAVERN )
RESTAURANT, INC., )
EL GALLEGO SPANISH TAVERN )
RESTAURANT, INC., )
EL GALLEGO SPANISH RESTAURANT )
INC, )
ENRIQUE BLANCO, )
JORGE BLANCO, )
)
        Defendants. )
)

## AMENDED JOINT PLANNING AND SCHEDULING REPORT PER THE COURT'S ORDER [DE52]

Pursuant to Fed. R. Civ. P. 26(f) and S.D.Fla. L.R. 16.1(B), and upon consideration of the Joint Planning and Scheduling Report filed by the Parties and being otherwise duly advised, it is

ORDERED AND ADJUDGED:

**DATE**

month/day/year

3/1/18            Joinder of Additional Parties and motions for class certification.

5/5/18            Parties shall exchange expert witness summaries and reports.

5/16/18           Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify.

5/31/18 _____ Parties exchange rebuttal expert witness summaries and reports. <u>Note:</u> These provisions pertaining to <u>expert</u> witnesses do not apply to treating physicians, psychologists or other health providers (if a *Daubert* or *Markman* hearing maybe necessary, the parties are to add that as an additional deadline at the bottom of Attachment A).

8/29/18 _____ All discovery, including expert discovery, shall be completed.

10/18/18 _____ All summary judgment, *Daubert*, and other dispositive motions must be filed. A **minimum of eight (8) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.**

5/27/18 _____ Mediation shall be completed.

10/18/18 _____ All Pretrial Motions and Memoranda of Law must be filed.

10/29/18 _____ Joint Pretrial Stipulation must be filed.

10/29/18 _____ Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed.

11/5/18 _____ Deposition designations must be filed.

1. The Pretrial Conference is hereby **SET** for **Thursday, December 6, 2018, at 1:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

2. The Jury Trial is specially **SET** to commence on **Monday, December 10, 2018, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Five days have been set aside for trial.

3. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of November, 2017.

                                                    *Alicia O. Reyes*
                                                ALICIA M. OTAZO-REYES
                                                UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record