# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-22135-CIV-OTAZO-REYES

### CONSENT CASE

ORLANDO BALUJA and all others similarly
situated under 29 U.S.C. 216(b),

     Plaintiff,

v.

EL GALLEGO SPANISH TAVERN
RESTAURANT, INC., EL GALLEGO
SPANISH RESTAURANT INC, EL
GALLEGO SPANISH TAVERN
RESTAURANT, INC., ENRIQUE
BLANCO, JORGE BLANCO,

     Defendants.

_____/

### ORDER DENYING MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendants El Gallego Spanish Tavern
Restaurant, Inc.; El Gallego Spanish Restaurant, Inc.; El Gallego Spanish Tavern Restaurant,
Inc.; Enrique Blanco; and Jorge Blanco's ("Defendants") Motion to Dismiss 2nd Amended
Complaint, or in the Alternative, Motion for More Definite Statement (hereafter, "Motion to
Dismiss") [D.E. 61]. Upon due consideration, it is

ORDERED AND ADJUDGED that the Motion to Dismiss [D.E. 61] is DENIED.
Defendants shall answer the Second Amended Complaint within **15 days of the date of this
Order**.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of December, 2017.


_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:      Counsel of Record