UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22135-CIV-AOR

[CONSENT CASE]

ORLANDO BALUJA and all others similarly )
situated under 29 U.S.C. 216(b), )
                 )
     Plaintiff, )
 vs. )
                 )
EL GALLEGO SPANISH TAVERN )
RESTAURANT, INC., )
EL GALLEGO SPANISH RESTAURANT )
INC, )
ENRIQUE BLANCO, )
JORGE BLANCO, )
                 )
   Defendants. )
_____ )

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT BY THE CLERK
AS TO ONLY DEFENDANT EL GALLEGO SPANISH RESTAURANT INC**

COMES NOW the Plaintiff, by and through counsel, and state as follows:

As indicated by the deadline set forth in [DE65] on the docket, Defendant, EL GALLEGO SPANISH RESTAURANT INC, has not responded timely and should be defaulted regarding the Second Amended Complaint [DE55].

**MEMORANDUM OF LAW**

Defendant, EL GALLEGO SPANISH RESTAURANT INC, was served on November 29, 2017 [DE65] under Fed. R Civ. P. Rule 4 and said Defendant has not responded timely.[1] The Defendant EL GALLEGO SPANISH RESTAURANT INC did not answer timely and has failed to respond pursuant to Fed. R Civ. P. 12(a)(1)(A). A clerk's default ought therefore be

---

[1] Said Defendant was required to file a responsive pleading on or before December 13, 2017. [DE65].

entered pursuant to Fed. R Civ. P. 55 as to only Defendant, EL GALLEGO SPANISH RESTAURANT INC.

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS THE CLERK TO ENTER A DEFAULT AGAINST ONLY THE DEFENDANT, EL GALLEGO SPANISH RESTAURANT INC, IN RELATION TO THE SECOND AMENDED COMPLAINT [DE55].

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF OR U.S. MAIL ON 12/14/17 TO:

**(U.S. MAIL)**
**EL GALLEGO SP.ANISH RESTAURANT INC**
**REGISTERED AGENT: IVETTE SANCHEZ**
**7171-7173 SW 8 STREET**
**MIAMI, FL 33144**

OR

**4011 SW 128 AVE.**
**MIAMI. FL 33175**

OR

**5315 ROOSEVELT STREET**
**HOLLYWOOD, FL 33021**

**(CM/ECF)**

**JAVIER BANOS MACHADO, ESQ.**
**3126 CORAL WAY**
**MIAMI, FL 33145**
**PH: (305) 519-5581**
**FAX: (305) 403-1061**
**EMAIL: LAWSERVICESPA@GMAIL.COM**

**BY:    /s/    Rivkah Jaff                **
           **RIVKAH JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22135-CIV-AOR

[CONSENT CASE]

ORLANDO BALUJA and all others similarly )
situated under 29 U.S.C. 216(b), )
 )
         Plaintiff, )
vs. )
 )
EL GALLEGO SPANISH TAVERN )
RESTAURANT, INC., )
EL GALLEGO SPANISH RESTAURANT )
INC, )
ENRIQUE BLANCO, )
JORGE BLANCO, )
 )
         Defendants. )
_____ )

## CLERK'S DEFAULT JUDGEMENT AS TO ONLY DEFENDANT EL GALLEGO SPANISH RESTAURANT INC

Presently pending before the Clerk is Plaintiff's Motion for Entry of Default by the Clerk as to Only Defendant, EL GALLEGO SPANISH RESTAURANT INC.  As indicated by [DE65] on the docket, the Defendant, EL GALLEGO SPANISH RESTAURANT INC, has failed to respond timely, and therefore a Clerk's Default Judgment pursuant to Fed. R Civ. P. 55 is hereby **ENTERED** against only Defendant, EL GALLEGO SPANISH RESTAURANT INC, as to the Second Amended Complaint [DE55].

**DONE AND ENTERED** at Miami, Florida, this ___ day of _____ 2017.

_____
**DEPUTY CLERK**

**CC:   COUNSEL OF RECORD VIA CM/ECF**

**EL GALLEGO SP.ANISH RESTAURANT INC**

**REGISTERED AGENT: IVETTE SANCHEZ**
**7171-7173 SW 8 STREET**
**MIAMI, FL 33144**

**OR**

**4011 SW 128 AVE.**
**MIAMI. FL 33175**

**OR**

**5315 ROOSEVELT STREET**
**HOLLYWOOD, FL 33021**