**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ORLANDO BALUJA

          PLAINTIFF(S)

           v.

EL GALLEGO SPANISH TAVERN RESTAURANT,
INC., et al.,

          DEFENDANT(S).

CASE NUMBER
1:17−cv−22135−AOR

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**El Gallego Spanish Restaurant Inc**

as of course, on the date December 15, 2017.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  _/s/ Autumn Sandoval_
Deputy Clerk

cc:  Judge Jose E. Martinez
    Orlando Baluja

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)