## AFFIDAVIT OF ORLANDO BALUJA

STATE OF FLORIDA            )
                            )   S.S.:
COUNTY OF MIAMI-DADE        )

1. My name is **ORLANDO BALUJA**, I am over eighteen years of age; I reside in the United States, and I have personal knowledge of the matters set forth herein. I am mentally competent to sign this Affidavit and I do so freely, voluntarily, and pursuant to my own free will. I affirm that the contents of this Affidavit are true and correct and to the best of my belief.

2. I affirm that this document was translated in Spanish and that I fully understood the contents of this Affidavit prior to executing same.

3. I am the Plaintiff in United States District Court, Southern District of Florida, *Orlando Baluja and all others similarly situated under 29 U.S.C. 216(b) v. El Gallego Spanish Tavern Restaurant, Inc., El Gallego Spanish Tavern Restaurant, Inc., El Gallego Spanish Restaurant Inc, Enrique Blanco, and Jorge Blanco,* Case No: 17-22135-CIV-OTAZO-REYES [CONSENT CASE].

4. The individual Defendants, ENRIQUE BLANCO and JORGE BLANCO, nor anyone else has ever indicated to me that that either of the individual Defendants is in military service. I have no reason to believe that either of the individual Defendants, ENRIQUE BLANCO and JORGE BLANCO, is in military service and am "unable to determine" otherwise pursuant to the Servicemembers Civil Relief Act.

5. I worked for Defendants, EL GALLEGO SPANISH TAVERN RESTAURANT, INC., ENRIQUE BLANCO, and JORGE BLANCO, as a waiter from on or about May 31, 2012 through on or about December 31, 2014, at which time Defendants sold their

_____
Orlando Baluja

Page 1 of 3

business to the Corporate Defendant, EL GALLEGO SPANISH RESTAURANT INC. I then worked for Defendant, EL GALLEGO SPANISH RESTAURANT INC, as a waiter from on or about January 1, 2015 through to on or about August 31, 2016, at which time Defendant sold the business back to Defendants, EL GALLEGO SPANISH TAVERN RESTAURANT, INC., ENRIQUE BLANCO, and JORGE BLANCO. I worked for Defendants, EL GALLEGO SPANISH TAVERN RESTAURANT, INC., ENRIQUE BLANCO, and JORGE BLANCO, as a waiter from on or about September 1, 2016 through on or about May 26, 2017.

6. I hereby represent that I worked for the Defendants as set forth in the Complaint, and that I seek the unpaid overtime wages as set forth in the following Statement of Claim:

**Florida Minimum Wage Claim (6/7/14-12/31/14):**
Amount of minimum wage per hour not compensated: $6.43 (based on FL. MW)
Weeks: 29 (rounded down)
Hours per week: 40
Total wages unpaid and liquidated damages: $7,458.80 X 2 = $14,917.60, *exclusive of* **attorneys' fees and costs**

**Florida Minimum Wage Claim (1/1/15-12/31/16):**
Amount of minimum wage per hour not compensated: $6.55 (based on FL. MW)
Weeks: 104 (rounded up)
Hours per week: 40
Total wages unpaid and liquidated damages: $27,248 X 2 = $54,496.00, *exclusive of* **attorneys' fees and costs**

**Florida Minimum Wage Claim (1/1/17-5/26/17):**
Amount of minimum wage per hour not compensated: $6.60 (based on FL. MW)
Weeks: 21 (rounded up)
Hours per week: 40
Total wages unpaid and liquidated damages: $5,544 X 2 = $11,088.00, *exclusive of* **attorneys' fees and costs**

**Total wages unpaid and liquidated damages:** $40,250.80 X 2 = $80,501.60, *exclusive of* attorneys' fees and costs


Orlando Baluja

7. I seek all fees and costs under the applicable law. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.

8. I reserve the right to seek time and one half damages for any completely unpaid overtime hours based on the evidence adduced in discovery.

9. I also reserve the right to seek minimum wage damages under the Florida Constitution. I reserve the right to the extent that my claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments to seek the higher of the two applicable rates. The above calculation is based on the Florida Minimum Wage rate.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 20th day of Dec, 2017.

_____
AFFIANT
ORLANDO BALUJA

The foregoing Affidavit was sworn to and subscribed before me, on this 20th day of Dec, 2017, by ORLANDO BALUJA, who has produced FL DR L11 EXP: 9-23-20 as identification.

K. DAVID KELLY
MY COMMISSION # FF 179242
EXPIRES: January 16, 2019
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC, State of Florida

**INTERPRETER'S ACKNOWLEDGEMENT:**

On December 20, 2017, Mar Waller, personally known to me, affirmed that the foregoing was translated for ORLANDO BALUJA and that he fully understood and affirmed the contents of the foregoing.

_____
(Interpreter's signature)

K. DAVID KELLY
MY COMMISSION # FF 179242
EXPIRES: January 16, 2019
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC / STAMP

_____
Orlando Baluja

Page 3 of 3