UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22135-CIV-OTAZO-REYES

[CONSENT CASE]

ORLANDO BALUJA and all others similarly situated under 29 U.S.C. 216(b),

   Plaintiff,

vs.

EL GALLEGO SPANISH TAVERN RESTAURANT, INC.,
EL GALLEGO SPANISH TAVERN RESTAURANT, INC.,
EL GALLEGO SPANISH RESTAURANT INC,
ENRIQUE BLANCO,
JORGE BLANCO,

   Defendants.

_____

**FINAL DEFAULT JUDGMENT**

Pursuant to Plaintiff's Motion for Final Default Judgment [D.E. 68], it is

ORDERED AND ADJUDGED that Final Default Judgment is entered in favor of Plaintiff, ORLANDO BALUJA, and against Defendant, EL GALLEGO SPANISH RESTAURANT INC., in the amount of **$80,501.60.** This judgment shall bear interest in accordance with 29 U.S.C. § 1961.

The Court reserves jurisdiction to determine an award for attorneys' fees and costs upon Plaintiff's motion, which shall be filed in accordance with Southern District of Florida Local Rule 7.3.

DONE AND ORDERED in Chambers at Miami, Florida on this 21st day of December, 2017.

_____
ALICIA OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record