**From:** Javier Banos
**Sent:** Friday, January 19, 2018 1:49 PM
**To:** Rivkah Jaff
**Cc:** Neil Tobak; zabogado@aol.com; Javier Banos Machado, Esq CPA
**Subject:** Re: TIME SENSITIVE - Baluja v. El Gallego

I don't represent that entity

Javier Baños Machado, Esq, CPA
Law Services, P.A.
3126 Coral Way
Miami, FL 33145
(305) 519-5581
Fax (305) 403-1061
Javierb@banoslawfirm.com
Lawservicespa@gmail.com
CPA AC50966
BAR 25706


On Jan 19, 2018, at 1:29 PM, Rivkah Jaff <rivkah.jaff@gmail.com> wrote:

> Javier:
>
> We are about to move for a Clerk entry of default as to only the antecessor Defendant, EL GALLEGO SPANISH TAVERN RESTAURANT, INC., which was a corporation that regularly transacted business within Dade County. Upon information and belief, the Defendant Corporation was the FLSA employer for Plaintiff's employment period from on or about May 31, 2012 through on or about December 31, 2014.
>
> You had indicated to Neil that you do not represent that company but per the email herein you did accept service. Please confirm you do not in fact represent them and the Answer filed [DE64] was only filed as to the successor company for the period of September 1, 2016 through on or about May 26, 2017.
>
> Best,
>
>
>
> ---------- Forwarded message ----------
> From: **Javier Banos** <jbanos@msn.com>
> Date: Tue, Oct 24, 2017 at 3:20 PM
> Subject: Re: TIME SENSITIVE - Baluja v. El Gallego

To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>, "Javier Banos Machado, Esq CPA" <lawservicespa@gmail.com>

See below answers

Javier Baños Machado, Esq, CPA
Law Services, P.A.
3126 Coral Way
Miami, FL 33145
(305) 519-5581
Fax (305) 403-1061
Javierb@banoslawfirm.com
Lawservicespa@gmail.com
CPA AC50966
BAR 25706

On Oct 24, 2017, at 3:10 PM, Rivkah Jaff <rivkah.jaff@gmail.com> wrote:

> Javier:
>
> Please confirm in writing that we have agreed to the following by phone today just a short while ago:
> 1. You agree to accept service via email of the Amended Complaint per the Court's Order (which will be filed today) on behalf of the newly added Defendant (the company allegedly defunct);

agreed and confirmed

> 2. Defendants, including the newly added Defendant, that you represent have agreed to waive the 15 day pre-suit Notice requirement to add the Florida minimum wage count and agree that in the amendment we can allege the Florida minimum wage count as to ALL Defendants, including the newly added Defendant, that you represent;

Confirmed only as to the the 15 day pre suit notice

> 3. You will be doing the first draft of the JSR that needs to be updated and filed and will send to us for our review.

Agreed

Best,


--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ
The United States District Court for the Southern District of FL.
The United States Court of Appeals for the Eleventh Circuit.


J.H. Zidell, PA

**NOTICE**:  The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure.  It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer.  Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist.  Thank you.

**NOTICE**:  If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.


--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ
The United States District Court for the Southern District of FL.
The United States Court of Appeals for the Eleventh Circuit.


J.H. Zidell, PA

**NOTICE**:  The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure.  It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer.  Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist.  Thank you.

**NOTICE**:  If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.