UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22135-CIV-OTAZO-REYES

**CONSENT CASE**

ORLANDO BALUJA and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

EL GALLEGO SPANISH TAVERN
RESTAURANT, INC., EL GALLEGO
SPANISH RESTAURANT INC, EL
GALLEGO SPANISH TAVERN
RESTAURANT, INC., ENRIQUE
BLANCO, JORGE BLANCO,

    Defendants.
_____/

**ORDER REQUIRING STIPULATION OF DISMISSAL**

THIS CAUSE came before the Court upon Plaintiff Orlando Baluja's ("Plaintiff") Notice of Settlement [D.E. 81], which informed the Court that Plaintiff and Defendants El Gallego Spanish Tavern Restaurant, Inc., Enrique Blanco, and Jorge Blanco have reached an agreement. In light of the foregoing, it is

ORDERED AND ADJUDGED that the parties shall file a stipulation of dismissal within **20 days** of the date of this Order. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of January, 2018.

                                      _____
                                      ALICIA M. OTAZO-REYES
                                      UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record